IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**FILED**
DEC 2 2 1997
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| GLEN BARRON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CV 97-G-2217-S |
| | ) | |
| PAROLE BOARD OF ALABAMA; | ) | |
| PAROLE OFFICER TIMMOTHY | ) | |
| LEVART; and PAROLE OFFICER | ) | |
| ALMA BARRY, | ) | |
| | ) | |
| Defendants. | ) | |

**ENTERED**
DEC 2 3 1997

### MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on November 25, 1997, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed pursuant to 28 U.S.C. § 1915A(b)(2) with regard to the Alabama Board of Pardons and Paroles and that the action be dismissed pursuant to 28 U.S.C. § 1915A(b)(1) with regard to Parole Officers Levart and Barry. The plaintiff filed objections to the report and recommendation on December 15, 1997.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is



ACCEPTED. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b).

An appropriate order will be entered.

DATED this 22nd day of _____, 1997.

J. FOY GUIN, JR.
UNITED STATES DISTRICT JUDGE